AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| -Margolis, Joan G. | District of Connecticut | 4/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

141 Church Street, Room 303
New Haven, Connecticut 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Philanthropic Funds |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 4/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Husband, Self-Employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 4/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. J.P. Morgan Chase Bank, New Haven, CT, Bank Accts.&IRA, Bank | A | Interest | M | T | | | | | |
| 2. Key Bank (fka First Niagara Bank), New Haven, Bank Accounts | A | Interest | K | T | | | | | |
| 3. State of Israel,Bonds (Mazel Tov Savings Bonds) | A | Interest | J | T | Redeemed (part) | 11/01/17 | J | A | |
| 4. State of Israel Bonds (7th Dev. Reg. Savings Amended Bond) | A | Interest | J | T | Redeemed (part) | 11/01/17 | J | A | |
| 5. Connecticut Light & Power Co., Preferred Stock | A | Dividend | J | T | | | | | |
| 6. Avangrid (fka United Illuminating Co.), Common Stock | A | Dividend | L | T | | | | | |
| 7. Puerto Rico Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 8. J.P. Morgan Fund (formerly Chase Vista Trust) | B | Interest | L | T | | | | | |
| 9. Columbia Seligman Henderson Glob. Tech. Fund (fka Seligman) | A | Dividend | L | T | | | | | |
| 10. Microsoft Corp., Stock | C | Dividend | M | T | | | | | |
| 11. Fundamental Investors, Inc. | B | Dividend | M | T | Distributed (part) | 05/22/17 | L | A | Transferred to adult child |
| 12. Growth Fund of Ameriica, Inc. | B | Dividend | M | T | Distributed (part) | 5/22/17 | L | A | Transferred to adult child |
| 13. Capital World Growth & Income Fund | B | Dividend | M | T | Distributed (part) | 5/22/17 | K | A | Transferred to adult child |
| 14. Small Cap World Fund, Inc. | A | Dividend | L | T | Sold (part) | 8/3/17 | K | A | |
| 15. New World Fund | A | Dividend | K | T | Buy (add'l) | 3/10/17 | K | | |
| 16. New World Fund | A | Dividend | K | T | Sold (part) | 8/3/17 | J | A | |
| 17. Euro Pacific Growth Fund | A | Dividend | K | T | Sold (part) | 3/10/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 4/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   New Economy Fund SBI | A | Dividend | K | T | | | | | |
| 19.   American Mutual Funds, Inc. | A | Dividend | K | T | | | | | |
| 20.   Columbia Seligman Comm. & Info. (fka Seligman Comm.), Stock | A | Dividend | L | T | Donated (part) | | | | |
| 21.   J.P. Morgan Chase Corp., Stock | A | Dividend | K | T | | | | | |
| 22.   Cisco Systems Inc., Stock | B | Dividend | K | T | | | | | |
| 23.   Pfizer, Inc., Stock | A | Dividend | J | T | | | | | |
| 24.   Nippon Telegraph & Telephone Co., Stock | A | Dividend | | | Distributed | 5/22/17 | J | A | Transferred to adult child |
| 25.   Amgen, Inc., Stock | A | Dividend | K | T | | | | | |
| 26.   Qualcomm, Inc., Stock | A | Dividend | J | T | | | | | |
| 27.   Proctor & Gamble Co., Stock | B | Dividend | K | T | | | | | |
| 28.   Home Depot, Stock | A | Dividend | | | Distributed | 5/22/17 | K | A | Transfeered to adult child |
| 29.   Impact Capital Strategies (fka Wells Fargo Bank, NA) , Market Fund | A | Interest | M | T | | | | | |
| 30.   General Electric, Stock | A | Dividend | K | T | Distributed (part) | 5/22/17 | K | A | Transferred to adult child |
| 31.   AXA Equitable Fund | A | Interest | K | T | | | | | |
| 32.   Pub. Svc. Enter. Gr., Inc. (fka PSEG), Stock | B | Dividend | K | T | Distributed (part) | 5/22/17 | K | A | Transferred to adult child |
| 33.   Johnson & Johnson, Inc., Stock | A | Dividend | | | Distributed | 5/22/17 | K | A | Transferred to adult child |
| 34.   KeyCorp. (fka First Niagara Financial Group, LLC), Stock | B | Dividend | L | T | Redeemed (part) | 2/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. KeyCorp. (fka First Niagara Financial Group, LLC), Stock | B | Dividend | L | T | Distributed (part) | 5/22/17 | J | A | Transferred to adult child |
| 36. Verizon Communications, Stock | A | Dividend | K | T | | | | | |
| 37. RBC Bank Deposit Program (fka Prime Money Market Fund ) | A | Interest | J | T | Distributed (part) | 5/22/17 | J | A | Transferred to adult child |
| 38. Bristol Myer Squibb Co., Stock | A | Dividend | | | Distributed | 5/22/17 | J | A | Transferred to adult child |
| 39. Intel Corp., Stock | A | Dividend | | | Sold | 7/18/17 | J | A | |
| 40. Archer Daniels Midland Co., Stock | A | Dividend | J | T | | | | | |
| 41. Milestone Scientific, Inc., Stock | A | Dividend | K | T | | | | | |
| 42. Hamden, CT, Property (in LLC) | D | Rent | M | W | | | | | |
| 43. Merck & Co., Inc., Stock | A | Dividend | K | T | | | | | |
| 44. Conn ST SPL Tax Obligation R Spl, Bond | B | Interest | K | T | Redeemed (part) | 2/1/17 | K | A | |
| 45. Shanghai OLED New Haven, LLC, Stock | A | Dividend | K | T | | | | | |
| 46. J.M. Smucker & Co., Stock | A | Dividend | K | T | | | | | |
| 47. Royal Dutch Shell, PLC | C | Dividend | | | Sold | 3/10/17 | K | A | |
| 48. Statoil ASA | A | Dividend | J | T | | | | | |
| 49. Thompson Reuter Corp. | A | Dividend | K | T | | | | | |
| 50. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 51. Illinois Tool Works Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Connecticut St. Ser B G/O | A | Dividend | | | Redeemed | 5/1/17 | J | A | |
| 53. Enduro Royalty Trust | A | Dividend | | | Sold | 7/10/17 | J | A | |
| 54. Enterprise Products Partners, LP | A | Dividend | J | T | | | | | |
| 55. Manning & Napier FDNCW Pro Blend Extended Term Serv. Class A | A | Dividend | K | T | | | | | |
| 56. Prudential Premier Retirement B Series Annuity | D | Interest | L | T | | | | | |
| 57. CBOE Holdings, Inc. | A | Dividend | K | T | | | | | |
| 58. Manulife Financial Corp.. | A | Dividend | K | T | | | | | |
| 59. Novartis AG | A | Dividend | K | T | | | | | |
| 60. Connecticut St. For Issues Dated Prior to 10/19/10 | A | Interest | J | T | | | | | |
| 61. Connecticut St SPL Tax Obligation Rev. RFDG Trans Infra Serv | B | Interest | | | Redeemed | 8/1/17 | J | A | |
| 62. Connecticut St. Ref Ser D G/O Unltd B/E | A | Interest | | | Redeemed | 6/1/17 | J | A | |
| 63. Consolidated Edison, Inc. | A | Dividend | | | Distributed | 5/22/17 | J | A | Transferred to adult child |
| 64. Citizens Bank | A | Interest | | | Distributed | 5/22/17 | J | A | Transferred to adult child |
| 65. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 66. Diebold, Inc. | A | Dividend | J | T | | | | | |
| 67. Conocophillips | A | Dividend | J | T | Sold (part) | 3/10/17 | J | A | |
| 68. Conocophilips | A | Dividend | | | Sold | 7/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 4/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AT&T | B | Dividend | K | T | | | | | |
| 70. Realty Income Corp. REIT | B | Interest | K | T | | | | | |
| 71. Delek Group LTD, Sponsored ADR | A | Distribution | J | T | | | | | |
| 72. Pentair PLC, SHS | A | Distribution | K | T | | | | | |
| 73. Veolia | A | Distribution | | | Sold | 3/10/17 | J | A | |
| 74. West Haven, CT Property (owned by LLC) | | None | M | W | | | | | |
| 75. Synchrony | A | Dividend | | | Distributed | 5/22/17 | J | A | Transferred to adult child |
| 76. SPDR Gold Trust | A | Distribution | J | T | | | | | |
| 77. IShares Russell 2000 Value ETF | A | Interest | K | T | Buy | 3/10/17 | K | | |
| 78. Powershares Exchange Traded Fund Trust High Yield Equ. Divi. Achievers | A | Int./Div. | K | T | Buy | 3/10/17 | K | | |
| 79. Powershares S&P Midcap Low Votacity Portfolio S&P 400 Low | A | Dividend | K | T | Buy | 3/10/17 | K | | |
| 80. Powershares S&P Smallcap Low Volacity Portfolio S&P 600 | A | Dividend | K | T | Buy | 3/10/17 | K | | |
| 81. Vanguard Index Funds Vanguard Small-Cap ETF | A | Int./Div. | K | T | Buy | 3/10/17 | K | | |
| 82. Barclays Bank PLC Contingent Inv. Step Up Callable, Preferred Stock | D | Dividend | L | T | Buy | 3/28/17 | L | | |
| 83. Royal Bank of Canada Barrier Enhanced Return Note | A | Interest | L | T | Buy | 3/28/17 | L | | |
| 84. Guggenheim S&P 500 Fund | A | Int./Div. | K | T | Buy | 3/9/17 | K | | |
| 85. Guggenheim S&P 500 Fund | A | Int./Div. | | | Distributed | 5/22/17 | K | A | Transferred to adult child |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 4/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Upon the death of several elderly relatives, I became the Trustee of philanthropic funds established by my relatives with a local charity. My role with respect to these philanthropic funds is quite limited. As Trustee, my sole responsibility is to make recommendations for distributions to other charities, which recommendations can be followed or ignored by the charitable foundation which administers the funds. This charitable foundation manages millions of dollars of charitable funds (akin to a little version of the United Way), of which my relatives' philathropic funds are just a small part. I have no knowledge of, or responsibility for, any assets held by this fund; all these decisions are vested solely in the discretion of the charitable foundation. I explained this in a letter to CFD, dated July 30, 2004.

Thank you.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan G. -Margolis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544